FARAH LAW, P.C.
Neda Farah (SBN 269819)
265 S. Doheny Drive, Suite 102
Beverly Hills, California 90211
Telephone: (310) 666-3786
Facsimile: (310) 494-0768
Email: neda@nedafarahlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE QUINONES,<br><br>   Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC,<br><br>   Defendant. | Case No. 5:24-cv-931-SHK<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff, JORGE QUINONES, and Defendant, TRANSUNION, LLC, have reached a settlement of the above-captioned action. Plaintiff anticipates filing a voluntary dismissal of his claims against TRANSUNION, LLC, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, within forty-five (45) days.

Dated: May 20, 2024        Respectfully Submitted,

               */s/ Neda Farah*
               Neda Farah

1

Farah Law, P.C.
265 S. Doheny Dr., Suite 102
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 310-494-0768
E-Mail: neda@nedafarahlaw.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Central District of California on this 20th day of May 2024. Notice of this filling will be transmitted to all counsel of record via the Court's CM/ECF system.

/s/ Neda Farah
Neda Farah, Esq.