UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-00931-PSG(SPx) | Date | August 15, 2024 |
|---|---|---|---|
| Title | *Jorge Quinones v. Equifax, et al* | Page | 1 of 1 |

| Like | **PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Derek Davis | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER AND NOTICE TO ALL PARTIES**

In light of the Notice of Settlement [23], indicating that the case has settled as to the remaining Defendants (excluding those stayed pending arbitration) and that the parties are finalizing their written settlement agreement, this action is placed in inactive status. By **October 11, 2024**, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as to Defendant Equifax Information Services, LLC as of October 1, 2024.  All deadlines and hearings are VACATED.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.